## ABRAHAM v. BYRD.

No. 4618. Opinion Filed June 15, 1915.

Rehearing Denied June 29, 1915.

(149 Pac. 1147.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** Where plaintiff in error has completed his record and filed it in this court, and has served and filed a brief in compliance with the rules of this court, and defendant in error has neither filed a brief nor offered any excuse for his failure to do so, this court is not required to search the record to find some theory upon which the judgment may be sustained; ard, where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the petition of plaintiff in error.

(Syllabus by Dudley, C.)

*Error from County Court, Creek County;*
*Warren H. Brown, Judge.*

Action by Ed Abraham against T. W. Byrd. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*Wm. L. Cheatham,* for plaintiff in error.

Opinion by DUDLEY, C. This is an appeal from the county court of Creek county. There was judgment for defendant in error, from which the plaintiff in error has properly perfected an appeal to this court. He has served and filed a brief in compliance with the rules of this court, and defendant in error has neither filed a brief nor

offered any excuse for his failure to do so. We have examined the record, and the brief filed appears reasonably to sustain the assignments of error, and under the numerous authorities of this court, this court is not required to search the record to find some theory upon which the judgment may be sustained, but may reverse the judgment in accordance with the prayer of the petition of plaintiff in error.

The judgment is, therefore, reversed and remanded.

By the Court: It is so ordered.